# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 9/12/2024 | Case Number: | 2:21-cr-00159 |
| Case Style: | USA vs. Alexander Otellin | | |
| Type of hearing: | Plea Hearing | | |
| Before the Honorable: | 2516-Berger | | |
| Court Reporter: | Lisa Cook | Courtroom Deputy: | Kierstin Tudor |

Attorney(s) for the Plaintiff or Government:
Owen Reynolds & Charles Strauss
Attorney(s) for the Defendant(s):
Clint Carte

| | |
|---|---|
| Law Clerk: | Cynthia Wildfire |
| Probation Officer: | Michele Wentz |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 8:57 AM | 9:48 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 51 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 9:00 a.m.
Actual Start 8:57 a.m.

Defendant present in person and by counsel.
Counsel note appearances on the record.
Defendant placed under oath.
Court FINDS Defendant competent to go forward.
Mr. Reynolds summarizes plea agreement.
Court DEFERS acceptance of plea agreement but ORDERS original plea agreement filed.
Defendant waives reading of Indictment.
Defendant pleads guilty to Count Four.
Court reads statute with which Defendant is charged.
Defendant advised of elements of offense which Government would have to prove at trial.
Defendant gives his account of the offense.
Government provides a proffer re: factual basis for the plea.
Defendant advised of the penalties which may apply based upon the plea.
Defendant advised of right to plead not guilty, to remain silent, and to stand trial.
Defendant executes written guilty plea form; same ORDERED filed.
Court FINDS Defendant is competent and capable of entering an informed plea.
Court FINDS sufficient factual basis for Defendant's plea.
Court FINDS that Defendant understands the consequences of the plea.
Court FINDS that Defendant understands the rights being given up.
Court FINDS Defendant's plea to be voluntary.
Court ACCEPTS plea.
Court ADJUDGES Defendant guilty.
Sentencing SCHEDULED for January 9, 2025, at 10:00 a.m.
Defendant REMANDED pending sentencing.
Court recessed at 9:48 a.m.