IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    CRIMINAL ACTION NO. 2:21-cr-00159

ALEXANDER V. OTELLIN,

    Defendant.

**WRITTEN PLEA OF GUILTY**

    In the presence of Clint Carte, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Four of the Indictment.

DATE: 9-12-24

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT